# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atkins, Edward B. | E.D.Ky | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

110 Main Street
Suite 201-B
Pikeville, Kentucky 41501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2019 | employee earnings, Marshalls |
| 3. | 2019 | employee earning, City of Pikeville |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atkins, Edward B.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atkins, Edward B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   A Common (Agilent Technologies, Inc.) | A | Dividend | J | T | | | | | |
| 2.   AAPL common (Apple Inc.) | D | Dividend | O | T | | | | | |
| 3.   ADBE common (Adobe Systems Inc) | | None | K | T | | | | | |
| 4.   ADP Common (Automatic Data Processing, Inc.) | B | Dividend | L | T | | | | | |
| 5.   AIG Common (American International Group, Inc.) (Y) | | | | | | | | | |
| 6.   AIG WS (Warrants) (Y) | | | | | | | | | |
| 7.   AMZN (Amazon.com Inc) | | None | M | T | | | | | |
| 8.   BAC common (Bank of America) | A | Dividend | J | T | | | | | |
| 9.   BR (Broadridge Financial Solutions) | A | Dividend | J | T | | | | | |
| 10.   C common (Citigroup, Inc.) (Y) | | | | | | | | | |
| 11.   CDK (CDK Global Inc.) | A | Dividend | J | T | | | | | |
| 12.   CC Chemours Co Com (Y) | | | | | | | | | |
| 13.   Cigna Corp (CI) | A | Dividend | K | T | | | | | |
| 14.   CL Colgate Palmolive Co | A | Dividend | K | T | | | | | |
| 15.   COP (ConocoPhillips) | A | Dividend | K | T | | | | | |
| 16.   DBD (Diebold, Inc) | A | Dividend | J | T | | | | | |
| 17.   DOWDUPONT (DWDP) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atkins, Edward B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DOW, INC. (DOW), formerly DOWDUPONT (DWDP) | A | Dividend | J | T | Spinoff (from line 17) | 04/04/19 | J | | |
| 19. DUPONT DE NEMOURS (DD); formerly DOWDUPONT (DWDP) | A | Dividend | J | T | Spinoff (from line 17) | 06/03/19 | J | | |
| 20. CORTEVA (CTVA); formerly DOWDUPONT (DWDP) | A | Dividend | J | T | Spinoff (from line 17) | 06/05/19 | J | | |
| 21. GILD (Gilead Sciences Inc.) | A | Dividend | J | T | | | | | |
| 22. GOOG (Google) | | None | M | T | | | | | |
| 23. HSY common (The Hershey Company) | A | Dividend | J | T | | | | | |
| 24. HPQ common (Hewlett-Packard Company) | A | Dividend | J | T | | | | | |
| 25. DXC Technology DXC (Y) | | | | | | | | | |
| 26. MFGP Micro Focus International (Y) | | | | | | | | | |
| 27. HPE Hewlett Packard Enterprise Co Com | A | Dividend | J | T | | | | | |
| 28. INTC common (Intel Corporation) | A | Dividend | J | T | | | | | |
| 29. JNJ common (Johnson & Johnson) | C | Dividend | M | T | | | | | |
| 30. JPM common (JPMorgan Chase & Co.) | A | Dividend | L | T | | | | | |
| 31. KEYS (Keysight Technologies, Inc.) | | None | J | T | | | | | |
| 32. KMB (Kimberly-Clark Corporation) | B | Dividend | K | T | | | | | |
| 33. KRFT common (Kraft Heinz Company) (Y) | | | | | | | | | |
| 34. LOW common (Lowe's Companies, Inc.) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MDT common (Medtronic Plc) | B | Dividend | L | T | | | | | |
| 36. MSFT common (Microsoft Corporation) | A | Dividend | K | T | | | | | |
| 37. MMM common (3M Company) | B | Dividend | K | T | | | | | |
| 38. MDLZ (Mondelez Intl Inc.) | A | Dividend | J | T | | | | | |
| 39. NKE Nike | A | Dividend | K | T | | | | | |
| 40. PG common (The Proctor & Gamble Company) | B | Dividend | L | T | | | | | |
| 41. Perspecta (PRSP) (Y) | | | | | | | | | |
| 42. PEP common (Pepsico, Inc.) | A | Dividend | K | T | | | | | |
| 43. PNC common (the PNC Financial Services Group) | A | Dividend | K | T | | | | | |
| 44. RTN common (Raytheon Company) | A | Dividend | K | T | | | | | |
| 45. SJM common (The J.M Smucker Company) | A | Dividend | J | T | | | | | |
| 46. SBUX Starbucks | A | Dividend | K | T | | | | | |
| 47. TJX (The TJX Companies, Inc.) | A | Dividend | K | T | | | | | |
| 48. TRMB common (Trimble Navigation Limited) | | None | J | T | | | | | |
| 49. UA (Under Armour, Inc.) | | None | J | T | | | | | |
| 50. UAA (UnderArmour, Inc) | | None | J | T | | | | | |
| 51. UNH common (UnitedHealth Group Incorporated) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. VISA Inc (B) | A | Dividend | K | T | | | | | |
| 53. XOM common (Exxon Mobil Corporation) | B | Dividend | K | T | | | | | |
| 54. YUM common (Yum! Brands, Inc.) | B | Dividend | L | T | | | | | |
| 55. YUMC Yum China Holdings Inc | A | Dividend | K | T | | | | | |
| 56. American Balanced Fund-529-B (not self directed) | A | Interest | K | T | | | | | |
| 57. FDAXX cash account to FZBXX | D | Interest | O | T | | | | | |
| 58. GABC (German American Bancorrp common) | A | Dividend | J | T | | | | | |
| 59. Nytis Exploration Co., (formerly Interstate Nat'l Gas Co.) | A | Royalty | J | W | | | | | |
| 60. Citizens Bank, formerly Ky Natl Bank (savings account) | A | Interest | J | T | | | | | |
| 61. Prudential (Variable) Life Insurance Policy detailed lines 62-65 below | | | | | | | | | |
| 62. - Prudential Series Fund Gov't Money Mkt | C | Int./Div. | J | T | | | | | |
| 63. - Prudential Series Fund Jennison | B | Int./Div. | J | T | | | | | |
| 64. - Prudential Series Fund Stock Index Fund | B | Int./Div. | J | T | | | | | |
| 65. - Prudential Series Fund SP Us Emerging Growth Fund | B | Int./Div. | J | T | | | | | |
| 66. () FITB (Fifth Third Bancorp) | A | Dividend | J | T | | | | | |
| 67. Aero-vision technologies, Hauppauge New York common (Y) | | | | | | | | | |
| 68. MassMutual (formerly Lincoln Alliance Program) | C | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Harlan county real property Interest assessed at 3,333.00 | | None | J | S | | | | | |
| 70. AGTHX (American Fund) | A | Dividend | K | T | Distributed (part) | 12/24/19 | J | B | |
| 71. CWIGX (American Fund) | B | Dividend | M | T | Distributed (part) | 12/19/19 | J | C | |
| 72. ANCFX (American Fund) | A | Dividend | L | T | Distributed (part) | 12/24/19 | J | C | |
| 73. NEWFX (American Fund) | A | Dividend | K | T | Distributed (part) | 12/24/19 | J | A | |
| 74. SMCWX (American Fund) | B | Dividend | K | T | Distributed (part) | 12/19/19 | J | C | |
| 75. AMCPX (American Funds AMCAP A) | A | Dividend | M | T | Distributed (part) | 12/21/19 | J | D | |
| 76. Community Trust Bank Cash Acct | A | Interest | J | T | | | | | |
| 77. US Bank Checking (Open 01/2019) | A | Interest | J | T | | | | | |
| 78. Land and Building in Scott Co, Kentucky Assess: 1,407,000 | F | Rent | P1 | S | | | | | |
| 79. Springfield Ky EDL DEv bonds (Y) | | | | | | | | | |
| 80. KOC Life Ins. | A | Int./Div. | J | U | | | | | |
| 81. KOC Life Ins. | A | Int./Div. | J | U | | | | | |
| 82. KOC Life Ins | A | Int./Div. | J | U | | | | | |
| 83. Kentucky Retirement Systems | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets referenced in lines 5,  6, 10, 12, 25, 26, 33, 41, 67 and 79 of Part VII in last year's report are no longer reportable due to reduction in value.

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward B. Atkins**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544